# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 28, 2015

149776-7 & (53)

Robert P. Young, Jr.,
Chief Justice

Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein,
Justices

STEVE P. GIVIDEN,
        Plaintiff-Appellant/
        Cross-Appellee,

v

BRISTOL WEST INSURANCE COMPANY,
BRISTOL WEST PREFERRED INSURANCE
COMPANY, FARMERS INSURANCE
EXCHANGE, and HOME STATE COUNTY
MUTUAL INSURANCE COMPANY,
        Defendants/Cross-Defendants-
        Appellees/Cross-Appellees,

and

AUTO CLUB INSURANCE ASSOCIATION,
        Defendant/Cross-Plaintiff-
        Appellee/Cross-Appellant.

SC: 149776-7
COA: 312082; 312129
Wayne CC: 10-014847-NF

_____/

On order of the Court, the application for leave to appeal the June 17, 2014 judgment of the Court of Appeals and the application for leave to appeal as cross-appellant are considered, and they are DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 28, 2015



Clerk

p0518